IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RONELL ABERNATHY,

    Petitioner,                     No. CIV S-09-1794 WBS KJM P

  vs.

BEN CURRY, Warden,

    Respondent.                  ORDER

/

        Petitioner, a state prisoner proceeding pro se, requested additional time in which to file a request for a certificate of appealability. The magistrate judge construed this as a motion of time in which to file a notice appeal and granted the request. Petitioner has filed a motion for a certificate of appealability within the additional time granted; this court treats the motion as a notice of appeal as well as a request for a certificate of appealability. See Tinsley v. Borg, 895 F.2d 520, 523 (9th Cir. 1990). Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues

/////

1

1 satisfy the required showing or must state the reasons why such a certificate should not issue.
2 Fed. R. App. P. 22(b).

3 Where, as here, the petition was dismissed on procedural grounds, a certificate of
4 appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it
5 debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
6 reason would find it debatable whether the petition states a valid claim of the denial of a
7 constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.
8 McDaniel, 529 U.S. 473, 484 (2000).

9 After careful review of the entire record herein, this court finds that petitioner has
10 not satisfied the first requirement for issuance of a certificate of appealability in this case.
11 Specifically, there is no showing that jurists of reason would find it debatable whether the
12 petition was timely. Accordingly, a certificate of appealability should not issue in this action.
13 His request, however, will be treated as a notice of appeal.

14 IT IS SO ORDERED.

15 DATED: December 8, 2010

*[Signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/aber1794.coa